IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

ANTHONY WAYNE GRAY                                              PLAINTIFF

v.                          No. 4:20-cv-1124-DPM-JTR

PULASKI COUNTY REGIONAL DETENTION
FACILITY; ERIC S. HIGGINS, Sheriff, Pulaski
County Regional Detention Facility; HENDRICKS,
Chief, Pulaski County Regional Detention Facility;
and BRIGGS, Major, Pulaski County Regional
Detention Facility                                             DEFENDANTS

## ORDER

1. Gray hasn't responded to the partial recommendation. *Doc. 6.* Instead, his mail is being returned undelivered. *Doc. 7–10.* The Court adopts Magistrate Judge Ray's unopposed partial recommendation, *Doc. 6.* FED. R. CIV. P. 72(b) (1983 addition to advisory committee notes). Gray may proceed with his claims against Sheriff Higgins, Chief Hendricks, and Major Briggs, in their individual and official capacities. The Court orders service of Gray's complaint on these defendants. Gray's claim against the Pulaski County Regional Detention Facility is dismissed with prejudice.

2. Gray must update his address with the Clerk of the Court by 13 November 2020. If he doesn't, the Court will withdraw the reference and dismiss this case without prejudice.

So Ordered.

*D.P. Marshall Jr.*
United States District Judge

14 October 2020