# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
### CENTRAL DIVISION

**ANTHONY WAYNE GRAY**  PLAINTIFF

v.  No. 4:20-cv-1124-DPM-JTR

**PULASKI COUNTY REGIONAL DETENTION FACILITY; ERIC S. HIGGINS, Sheriff, Pulaski County Regional Detention Facility; HENDRICKS, Chief, Pulaski County Regional Detention Facility; and BRIGGS, Major, Pulaski County Regional Detention Facility**  DEFENDANTS

## AMENDED ORDER

1. The Court amends *Doc. 11* to clarify the service issues.

2. Gray hasn't responded to the partial recommendation. *Doc. 6.* Instead, his mail is being returned undelivered. *Doc. 7 & 8.* The Court adopts Magistrate Judge Ray's unopposed partial recommendation, *Doc. 6.* FED. R. CIV. P. 72(b) (1983 addition to advisory committee notes). Gray may proceed with his claims against Sheriff Higgins, Chief Hendricks, and Major Briggs, in their individual and official capacities. The Court directs the Clerk to issue summonses for these Defendants. The United States Marshals Service must serve the amended complaint, summons, and this Order on each Defendant without prepayment of fees and costs or security. The Defendants should be served through the Pulaski County Regional Detention Facility. Gray's claim against

the Pulaski County Regional Detention Facility is dismissed with prejudice.

    **3.** Gray must update his address with the Clerk of the Court by 13 November 2020. If he doesn't, the Court will withdraw the reference and dismiss this case without prejudice.

    So Ordered.

*/s/ D.P. Marshall Jr.*
D.P. Marshall Jr.
United States District Judge

15 October 2020