IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

ANTHONY WAYNE GRAY                                                    PLAINTIFF

v.                              No: 4:20-cv-1124-DPM

PULASKI COUNTY REGIONAL DETENTION
FACILITY; ERIC S. HIGGINS, Sheriff, Pulaski
County Regional Detention Facility; HENDRICKS,
Chief, Pulaski County Regional Detention Facility;
and BRIGGS, Major, Pulaski County Regional
Detention Facility                                                    DEFENDANTS

ORDER

1. The Court withdraws the reference.

2. Gray hasn't updated his address; and the time to do so has passed. *Doc. 12.* His mail is still being returned undelivered. *Doc. 13 & 14.* His amended complaint will therefore be dismissed without prejudice. LOCAL RULE 5.5(c)(2). An *in forma pauperis* appeal from this Order and accompanying Judgment would not be taken in good faith. 28 U.S.C. § 1915(a)(3).

So Ordered.

_____
D.P. Marshall Jr.
United States District Judge

18 November 2020