IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

ANTHONY WAYNE GRAY                                              PLAINTIFF

v.                              No: 4:20-cv-1124-DPM

PULASKI COUNTY REGIONAL DETENTION
FACILITY; ERIC S. HIGGINS, Sheriff, Pulaski
County Regional Detention Facility; HENDRICKS,
Chief, Pulaski County Regional Detention Facility;
and BRIGGS, Major, Pulaski County Regional
Detention Facility                                            DEFENDANTS

JUDGMENT

Gray's amended complaint is dismissed without prejudice.

_____
D.P. Marshall Jr.
United States District Judge

_18 November 2020_